# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Priority Mail Express parcel bearing mailing label with tracking number EM082781535US located at 251 North Main Street, Winston-Salem, North Carolina 27101 | ) ) ) ) ) ) Case No. 1:19MJ149 |

FILED JUN 11 2019 Clerk U.S. District Court Greensboro, NC

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Middle____ District of ____North Carolina____
*(identify the person or describe the property to be searched and give its location)*:

Priority Mail Express parcel bearing mailing label with tracking number EM082781535US located at 251 North Main Street, Winston-Salem, North Carolina 27101

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substances and/or materials and documents reflecting the distribution of controlled substances through the U.S. mail.

**YOU ARE COMMANDED** to execute this warrant on or before ____May 24, 2019____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Honorable Joi Elizabeth Peake____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 5/10/2019 2:10pm     *Judge's signature*

City and state: Winston-Salem, North Carolina     Joi Elizabeth Peake, U. S. Magistrate Judge
*Printed name and title*

# Return

| Case No.:<br>1:19MJ__149__-1 | Date and time warrant executed:<br>May 10, 2019   2:25 p.m. | Copy of warrant and inventory left with:<br>Greensboro Domicile |
|---|---|---|

Inventory made in the presence of :
J. Rivera, A. Pollard

Inventory of the property taken and name of any person(s) seized:

6 bags of THC Sour Rings edible candy, 15.5 grams of psilocybin mushrooms and 102 THC Vapes----------------------------

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   June 10, 2019

*Executing officer's signature*

Angela D. Pollard-Postal Inspector
*Printed name and title*